IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40057
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EVELINA FLORES,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C:94-CR-144
- - - - - - - - - -
November 9, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Evalina Flores appeals her guilty plea conviction and sentence for money laundering with the intent to promote the delivery and sale of a controlled substance.  Flores argues that the district court erred by increasing her offense level by three levels pursuant to U.S.S.G. § 2S1.1(b)(1).  We have reviewed the record and have determined that the district court did not commit plain error by increasing Flores's offense level.  See United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc).

        AFFIRMED.

---

[*]        Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.